# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UTAH FOAM PRODUCTS, INC., on behalf
Of itself and all others similarly situated,

        *Plaintiff*,　　　　　　　　　　　　　Docket No.　2:18-cv-00858-LPL

    v.

BAYER A.G.; BAYER CORPORATION;
COVESTRO LLC; BASF SE; BASF
CORPORATION; DOW CHEMICAL COMPANY;
HUNTSMAN INTERNATIONAL LLC;
HUNTSMAN CORPORATION; WANHUA
CHEMICAL GROUP CO., LTD.; WANHUA
CHEMICAL AMERICA CO., LTD.; MITSUI
CHEMICALS, INC.; MITSUI CHEMICALS
AMERICA, INC.; MCNS (A.K.A. MITSUI
CHEMICALS & SKC POLYURETHANES, INC.);
MCNS POLYURETHANES USA INC.

        *Defendants.*

## PRAECIPE TO ISSUE SUMMONS

    To:    The Clerk of Court

Kindly issue the attached Summonses in a Civil Action for each of the Defendants in the above-captioned matter.

                                                             Respectfully Submitted:

Date: <u>July 6, 2018</u>　　　　　　　　　　　s/ David B. Spear
                                                             David B. Spear
                                                             PA Id. No. 62133

                                                             Minto Law Group, LLC
                                                             603 Stanwix Street, Suite 2025
                                                            Pittsburgh, PA 15222